IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:24-MJ-130 |
| DONALD CRAIG BARNETT II, | |
| Defendant. | |

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Officer William Myers, of the Pentagon Force Protection Agency (PFPA), being first duly sworn, hereby depose and state as follows:

1. I have been a Police Officer for the Pentagon Force Protection Agency (PFPA) since January 16, 2022.

2. I am a graduate of the Uniformed Police Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. My duties include ensuring building security; conducting mobile patrols, traffic stops, and field interviews; and performing other law enforcement and security-related functions at the Pentagon and other facilities owned, leased, occupied, or otherwise controlled by the Department of Defense.

3. This affidavit is submitted in support of a criminal complaint following the arrest of Donald Craig Barnett II ("BARNETT"), who did forcibly assault, resist, oppose, impede, intimidate, and interfere with officers and employees of the United States, and of any agency in any branch of the United States Government—namely, police officers from the PFPA, hereafter referred to as "O-1 and O-2"—while such officers and employees were engaged in, and on account

1

of, the performance of official duties, and where the commission of those acts inflicted bodily injury to O-1 and O-2, in violation of Title 18, United States Code, Section 111(a)(1) and (b).

4. The facts and information contained in this affidavit are based upon my training and experience, personal knowledge, and observations during this investigation, as well as the observations of other agents involved in this investigation. This affidavit contains information necessary to support probable cause, but it is not intended to include every fact and matter observed by me or known to the United States.

## SUMMARY OF FACTS TO SUPPORT PROBABLE CAUSE

5. On or about April 1, 2024, PFPA officers learned that BARNETT, a person on the active BOLO (be on the lookout) list, was on the Pentagon Reservation and walking toward the Pentagon Visitor Center, located within the Eastern District of Virginia.

6. O-1 and O-2, who were then employed as PFPA police officers and thus were officers and employees of the United States and of any agency in any branch of the United States Government, were posted outside of the Pentagon Visitor Center/Metro Entrance, engaged in and on account of the performance of their official duties. Both O-1 and O-2 were wearing vests marked with "police."

7. BARNETT approached both officers at that location, which is within the Eastern District of Virginia and is within the special and territorial jurisdiction of the United States, and immediately shoved O-1 and then swung his arm with a closed fist at O-1. BARNETT struck O-1 in the face with his fist causing a bloody nose. O-2 then attempted to apprehend and arrest BARNETT, who struck O-2 in the face, causing O-2's nose to bleed and his right eye to begin to bruise and swell. Other officers, including myself, O-1, and O-2, arrested BARNETT and took him into PFPA custody.

8. O-1 received medical care at a medical facility for a bloody nose. O-2 received medical care at a medical facility for a bloody nose and sustained swelling and bruising to his right eye.

## CONCLUSION

9. Based on the foregoing, I submit that there is probable cause to believe that on or about April 1, 2024, on the Pentagon Reservation, within the Eastern District of Virginia, DONALD CRAIG BARNETT II did forcibly assault, resist, oppose, impede, intimidate, and interfere with officers and employees of the United States, and of any agency in any branch of the United States Government, while such officers and employees were engaged in, and on account of, the performance of official duties, and where the commission of those acts inflicted bodily injury on the officers and employees of the United States, in violation of Title 18, United States Code, Section 111(a)(1) and (b).

Respectfully submitted,

William Myers
Police Officer
Pentagon Force Protection Agency

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on April 2, 2024.

Digitally signed by Ivan Davis
Date: 2024.04.02 13:47:27 -04'00'

The Honorable Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia

3